FAX FILED
SEP 1 6 2020

2020 SEP 22 PM 1:43

21st JUDICIAL DISTRICT COURT FOR THE PARISH OF TANGIPAHOA

STATE OF LOUISIANA

NO: 2020-0002475          DIVISION C

SIMONE SIBLEY

Versus

NATIONAL CHURCH RESIDENCES D/B/A WESTMINSTER APARTMENTS PLACE AND JAMES RIVER INSURANCE COMPANY

FILED: SEP 2 2 2020                    s/VANESSA BAILEY
                                        DEPUTY CLERK

**PETITION FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, comes Petitioner, **SIMONE SIBLEY**, a person of the full age of majority and domiciled in the Parish of Tangipahoa, State of Louisiana, who respectfully represents as follows:

I.

Made Defendant herein is:

1. **NATIONAL CHURCH RESIDENCES D/B/A WESTMINSTER APARTMENTS PLACE,** a domestic non-profit corporation, authorized to do and doing business in the State of Louisiana; and

2. **JAMES RIVER INSURANCE COMPANY**, a foreign insurance company, authorized to do and doing business in the State of Louisiana;

II.

The above Defendant is truly and justly indebted unto your Petitioner, for all general and specific damages which are just and reasonable under these premises, and for all other general and equitable relief, for the following to wit:

III.

On or about the 18th day of June, 2019, Petitioner, SIMONE SIBLEY, was a guest patron at Defendant, NATIONAL CHURCH RESIDENCES D/B/A WESTMINSTER APARTMENTS PLACE, located at 250 1ST Street, Ponchatoula, Louisiana, in the Parish of Tangipahoa, State of Louisiana. After Petitioner properly parked in a parking spot, she exited her vehicle and carefully and prudently walked toward the building to enter as a guest to a resident. Suddenly and without

warning, Petitioner slipped and fell in an area in the parking lot that was coated in algae, which was left unmarked and/or unprotected from the public, resulting in serious injuries and damages. The accident occurred because of a poorly designed, poorly drained and/or poorly maintained and/or unmarked parking lot. Petitioner avers that Defendant, NATIONAL CHURCH RESIDENCES D/B/A WESTMINSTER APARTMENTS PLACE had actual or constructive knowledge of said defect prior to the accident that forms the basis of this Petition.

IV.

At all times relevant herein, Defendant, JAMES RIVER INSURANCE COMPANY, was the insurer for liability, insuring Defendant, NATIONAL CHURCH RESIDENCES D/B/A WESTMINSTER APARTMENTS PLACE, and as such, Defendant, JAMES RIVER INSURANCE COMPANY is responsible for the liability and/or negligence of the Defendant, NATIONAL CHURCH RESIDENCES D/B/A WESTMINSTER APARTMENTS PLACE.

V.

At all times relevant herein, any and all employees of the NATIONAL CHURCH RESIDENCES D/B/A WESTMINSTER APARTMENTS PLACE located at 250 1st Street, Ponchatoula, Louisiana, were in the course and scope of their employment with Defendant, NATIONAL CHURCH RESIDENCES D/B/A WESTMINSTER APARTMENTS PLACE, and as such, NATIONAL CHURCH RESIDENCES D/B/A WESTMINSTER APARTMENTS PLACE is responsible for the negligent actions and/or omissions of its and/or any employees under the theory of *respondeat superior*, if applicable.

VI.

As a result of the accident, Petitioner, SIMONE SIBLEY, sustained severe and painful personal injuries, including but not limited to all bones, muscles and joints of the body, and more specifically, injuries to neck, lower back and both knees, including surgery to repair a torn anterior cruciate ligament and posterior cruciate ligament, with other injuries to the entirety of her body.

VII.

The above described accident and resulting injuries to Petitioner, SIMONE SIBLEY, were proximately caused by the negligence of the Defendant, in the following illustrative, but not necessarily exclusive, acts of negligence:

1. Owning, possessing and/or maintaining property, specifically the parking lot, which caused damage and injuries to petitioner due to its ruin, poor design, poor drainage, and/or unmarked state and/or known vice or defect, when Defendants knew or should have known of said ruin, poor design, poor drainage and/or unmarked state and/or vice or defect and failed to exercise reasonable care to prevent said damage and injuries;
2. Failure to maintain the premises and/or its surroundings in a safe condition;
3. Failure to have premises and/or its surroundings periodically inspected;
4. Failure to keep premises and/or its surroundings in a habitable and safe condition for patrons;
5. Failure to warn persons of a dangerous condition;
6. Failure to place warning signs and/or block the area of the poorly drained, poorly designed and/or unmarked parking lot area;
7. Any and all other acts of negligence which will be proven at the time of trial.
8. Failing to take proper precautions to keep the parking lot and the path of ingress and egress safe to patrons;
9. Creating a hazardous situation by failing to keep the parking lot and/or the path of ingress and egress to the patrons properly marked, cleaned and/or blocked off;
10. Failing to place warning signs and/or block the area of travel to patrons;
11. Failing to exercise reasonable care;
12. Negligent supervision and training of employees;
13. Any and all other acts of negligence which will be proven at the time of trial.

VIII.

As a result of the Defendant's negligence as enumerated above, Petitioner, SIMONE SIBLEY, is entitled to recover a reasonable amount for her damages under the premises, and herewith itemizes her damages as follows:

1. Past, present and future physical pain and suffering;
2. Past, present and future mental pain and suffering;
3. Past, present and future medical bills; and

    4.    Scarring and disfigurement;

WHEREFORE, Petitioner prays that the Defendants be duly served and cited to appear and answer this Petition, all as provided by law; that after all legal delays and due proceedings, there be Judgment, against the Defendant, NATIONAL CHURCH RESIDENCES D/B/A WESTMINSTER APARTMENTS PLACE and JAMES RIVER INSURANCE COMPANY and in favor of Petitioner, SIMONE SIBLEY, for all reasonable damages under the premises, with legal interest thereon, from date of judicial demand until paid, and for all costs of these proceedings, along with such other relief as law, equity and the nature of this case shall require.

Respectfully submitted,

ALLAN BERGER & ASSOCIATES P.L.C

_____
**ALLAN BERGER (#2977)**
**ANDREW GEIGER (#32467)**
4173 Canal Street
New Orleans, LA 70119
Telephone: (504) 486-9481
Facsimile: (504) 483-8130
*Counsel for Petitioner, SIMONE SIBLEY*

<u>*PLEASE SERVE*</u>:

**NATIONAL CHURCH RESIDENCES D/B/A WESTMINSTER APARTMENTS PLACE**
*Through its agent for service of process:*
COGENCY GLOBAL, INC.
9800 Airline Highway
Suite 105
Baton Rouge, Louisiana   70816

**JAMES RIVER INSURANCE COMPANY**
*Through its agent for service of process:*
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana   70809



STATE OF LOUISIANA AMITE, LOUISIANA
PARISH OF TANGIPAHOA     SEP 2 2 2020
                          DATE
I, s/VANESSA BAILEY, do hereby certify that this document is a true and correct copy of the original thereof, consisting of 4 page(s) being a reproduction thereof from the records on file with the undersigned, in accordance with Louisiana Revised Statutes, Title 13, Section 1733